RECEIVED
JUL 2 0 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACOB WILLIAMS,<br>Plaintiff | CIVIL ACTION NO. 1:16-CV-01049 |
| VERSUS | CHIEF JUDGE DRELL |
| STATE NATIONAL INSURANCE<br>CO., ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Williams's Motion for Leave to File First Supplemental and Amending Complaint is GRANTED. (Doc. 16).

IT IS FURTHER ORDERED that this case is REMANDED to the Ninth Judicial District Court for lack of subject matter jurisdiction.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 20 day of July, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT